| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | *See instructions for "Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 97-CV-2407(HL) |
| DEFENDANT | TYPE OF PROCESS |
| DOUGLAS MARTINEZ HERRERO | ORDER (INSTALLMENT) |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Douglas Martinez-Herrero
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Wilson Street, M-41, Parkville, Guaynabo, PR 00969

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

H.S. GARCIA
United States Attorney
350 Chardon Street, Suite 1201
San Juan, Puerto Rico 00919
Tel No. (787)766-5656

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

DEFENDANT MUST BE SERVED PERSONALLY

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: (787)766-5656
DATE: 8/19/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 69
District to Serve No. 69
Signature of Authorized USMS Deputy or Clerk: R.B.
Date: 8-20-04

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
DOUGLAS MARTINEZ (SON)

Address *(complete only different than shown above)*

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 08/24/04   Time: 11:30 [X] am [ ] pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 45.00 | 6.00 | — | $51.00 | | |

REMARKS:

| PRIOR EDITIONS MAY BE USED | **PRINT 5 COPIES:** | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285<br>Rev. 12/15/80<br>Automated 01/00 |